

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

JOEL MORENO,

§          No. 08-16-00003-CR

          Appellant,

§          Appeal from the

v.

§          Criminal District Court No. 1

THE STATE OF TEXAS,

§          of El Paso County, Texas

          Appellee.

§          (TC# 20090D03245)

§

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF FEBRUARY, 2019.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.